No. 04–7471.   REED v. MICHELSON REALTY CO., DBA VERANDA APARTMENTS, ET AL.   C. A. 11th Cir.   Certiorari denied.   ▪

No. 04–7476.   TIBBS v. TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 04–7477.   WARD v. RUNNELS, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 04–7480.   POTTS v. BAGLEY, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 04–7482.   SAEZ-MACHADO v. GODDARD, ATTORNEY GENERAL OF ARIZONA.   C. A. 9th Cir.   Certiorari denied.

No. 04–7485.   DELEGAL v. FLORIDA.   C. A. 11th Cir.   Certiorari denied.

No. 04–7494.   SHOYINKA v. CITY OF SANTA MONICA, CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 04–7495.   SMITH v. CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 04–7498.   McKINNEDY v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 04–7503.   YOUNG v. VASBINDER, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 04–7515.   DEAN v. NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.

No. 04–7517.   CLARK v. McLEMORE, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 04–7519.   JURCONI v. GLENHAVEN LAKES CLUB ET AL.   Ct. App. Wash.   Certiorari denied.

No. 04–7522.   DIANA S. v. LOS ANGELES COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.